STATE of Missouri, Respondent,

v.

Larry C. HAYES, Appellant.

No. WD 53125.

Missouri Court of Appeals,
Western District.

Sept. 30, 1997.

Emmett Queener, Asst. Public Defender, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David R. Truman, Asst. Atty. Gen., Jefferson City, for Respondent.

Before HOWARD, P.J., and
BRECKENRIDGE and HANNA, JJ.

## ORDER

PER CURIAM.

The defendant, Larry C. Hayes, was convicted in the Boone County Circuit Court of assault of a law enforcement officer in the first degree, § 565.081.1, RSMo 1994, and armed criminal action, § 571.015, RSMo 1994. He was sentenced as a prior and persistent offender to consecutive sentences of life and thirty years, respectively. Affirmed. Rule 30.20(b) V.A.M.R.